IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| WILLIAMS JOHNSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:12-cv-00087-JHH-TMP |
| ) | |
| ERIC H. HOLDER, JR., *et al.*, ) | |
| ) | |
| Respondents. ) | |

### **O R D E R**

On June 28, 2012, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be denied and dismissed. On June 29, 2012, the petitioner filed a motion for extension of time to file a response or reply to the government's motion to dismiss the petition as moot. (Doc. 14). The court granted the extension and on July 7, 2012, the petitioner filed his response. (Doc. 16). The petitioner's response concedes that he has been released from detention, but seeks the "necessary relief the petitioner Williams Johnson may deserve." The court has reviewed the subject petition and concludes that the petitioner has received the precise relief he sought in the petition – release from custody.

Having now carefully reviewed and considered *de novo* all the materials in the

court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is **ADOPTED**, and the recommendation is **ACCEPTED**. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2241 in the above-styled cause is due to be and the same is hereby **DENIED** and **DISMISSED WITH PREJUDICE**.

**DONE** this the ___17th___ day of August, 2012.

_____
SENIOR UNITED STATES DISTRICT JUDGE